IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CHATTANOOGA PROFESSIONAL SOCCER MANAGEMENT, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ARKANSAS STATE UNIVERSITY,<br><br>Defendant. | **JUDGMENT**<br><br>Case No. 2:23-cv-00850-JNP-JCB<br><br>District Judge Jill N. Parrish<br><br>Magistrate Judge Jared C. Bennett |

IT IS ORDERED AND ADJUDGED that Chattanooga Professional Soccer Management, LLC's action is dismissed without prejudice.

DATED February 3, 2025

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge